IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-2593-DME-MEH

JM (Maria J) FAY,

      Plaintiff,

v.

HUNTER'S RUN CONDOMINIUM ASSOC., PREMIER PROPERTY MGT., KIM MAGUIRE, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and COLORADO CIVIL RIGHTS DIVISION,

      Defendants.

---

ORDER

---

      This matter is before the court on Plaintiff Fay's "Objection" to this court's dismissal of her action without prejudice.  Because Fay filed this pleading within ten days of the court's order dismissing her action, as that time is calculated under Fed. R. Civ. P. 6(a), the court will treat her "Objection" as a motion made under Fed. R. Civ. P. 59(e) to alter or amend this court's previous judgment. See Berrey v. Asarco Inc., 439 F.3d 636, 641 n.3 (10th Cir. 2006); Committee for First Amendment v. Campbell, 962 F.2d 1517, 1523 (10th Cir. 1992).  Having considered Fay's objections, the court DENIES her motion to alter or amend the court's previous decision dismissing her action, for the same reasons stated in that decision dated June 25, 2007.

1

Dated: July 25, 2007

                                   BY THE COURT:

                                   *s/ David M. Ebel*
                                   UNITED STATES CIRCUIT JUDGE